# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.                                          Case No.: 1:21–cr–00089–CEA–SKL

CHRISTOPHER DWAIN RIVERS

## NOTICE OF HEARING

This is to advise that a hearing on the motion to withdraw filed by attorney J Damon Burk will be held on Thursday, June 2, 2022 at 10:30 AM [EASTERN] before Magistrate Judge Susan K. Lee, 4th Floor Courtroom.

SUSAN K. LEE
U.S. MAGISTRATE JUDGE

By: <u>Krista Starnes, Judicial Assistant</u>